| | |
|---|---|
| 1 | KEITH A. JACOBY, Bar No. 150233 |
| | kjacoby@littler.com |
| 2 | JUDY M. IRIYE, Bar No. 211360 |
| | jiriye@littler.com |
| 3 | ANTHONY G. LY, Bar No. 228883 |
| | aly@littler.com |
| 4 | LITTLER MENDELSON, P.C. |
| | 2049 Century Park East |
| 5 | 5th Floor |
| | Los Angeles, CA  90067.3107 |
| 6 | Telephone:  310.553.0308 |
| | Facsimile:   310.553.5583 |

Attorneys for Defendant
LUXOTTICA RETAIL NORTH AMERICA INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM BERENATO, individually and on behalf of all others similarly situated, | Case No. 8:14-CV-2038 |
| Plaintiff, | **DEFENDANT LUXOTTICA RETAIL NORTH AMERICA INC.'S CORPORATE DISCLOSURE STATEMENT** |
| v. | |
| LUXOTTICA RETAIL NORTH AMERICA, INC., DBA LENSCRAFTERS and DOES 1 to 50, inclusive, | **[FED. R. CIV. PRO., RULE 7.1]** |
| Defendant. | |

1 TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:

The undersigned, counsel of record for Defendant Luxottica Retail North America Inc. ("Defendant") hereby submits the following corporate disclosure statement pursuant to Federal Rules of Civil Procedure, Rule 7.1:

Defendant is an indirect, wholly owned subsidiary of Luxottica Group S.P.A., a publicly traded company.

Dated: December 23, 2014

/s/ Judy M. Iriye
KEITH A. JACOBY
JUDY M. IRIYE
ANTHONY G. LY
LITTLER MENDELSON, P.C.
Attorneys for Defendant
LUXOTTICA RETAIL NORTH AMERICA INC.

Firmwide:130759071.1 052266.1127